***E-FILED - 7/16/08***

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| TARCICIO NOE CAMPOS, | ) | No. C 05-4879 RMW (PR) |
| Petitioner, | ) ) | **JUDGMENT** |
| vs. | ) ) | |
| MIKE EVANS, Warden, | ) ) | |
| Respondent. | ) ) | |

The court having denied the instant petition for writ of habeas corpus on the merits, hereby enters judgment in favor of respondent. The clerk shall close the file.

**IT IS SO ORDERED.**

DATED: __7/11/08__

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
G:\Pro-Se\SJ.RMW\HC.05\Campos879.jud.md